FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 18 2014

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Steven T. Salata
Clerk, United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

IN RE:
STEPHEN ROGER ODEL

Debtor.

CASE NO. 12-40506
( Chapter 7)

WAYNE SIGMON TRUSTEE IN BANKRUPTCY FOR STEPHEN ROGER ODEL

Plaintiff

vs.

STEPHEN ROGER ODEL

Defendant.

ADVERSARY PROCEEDING
NO.  13-04005

## ENTRY OF DEFAULT

WHEREAS, it has been made to appear to the undersigned upon Affidavit that the defendant has failed to plead or otherwise defend and is not an infant or otherwise incompetent.

NOW, THEREFORE, Default is hereby entered against the defendant as provided for in Rule 55 of the Federal Rules of Civil Procedure and the Bankruptcy Rule 7055.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court